**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Jonathon Smith, by and through his guardian ad litem, Jim Fitzsimmons, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| United States of America, ) ) | Case No. 4:06-cv-019 |
| Defendant. ) | |

_____

Before the court is the plaintiff's Motion for Attorney Clint Lee Sargent to a appear Pro Hac Vice on his behalf. In accordance with Local Rule 79.1(D), Mr. Sargent has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the Office of the Clerk. Accordingly, the plaintiffs' motion (Docket No. 3) is **GRANTED**. Mr. Sargent is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge