# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| Jonathon Smith, by and through his guardian ad litem, Jim Fitzsimmons, )<br>)<br>)<br>Plaintiff,    )<br>)<br>vs.    )<br>)<br>United States of America,    )<br>)<br>Defendant.    ) | **ORDER FOR ADMISSION PRO HAC VICE**<br><br>Case No. 4:06-cr-019 |

Before the court is plaintiff's Motion for Attorney Mark V. Meierhenry to appear Pro Hac Vice on his behalf. In accordance with Local Rule 79.1(D), Mr. Meierhenry has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the Office of the Clerk. Accordingly, plaintiff's motion (Docket No. 5) is GRANTED. Mark V. Meierhenry is admitted to practice before this court in the above-entitled action on behalf of the plaintiff.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge