IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Jonathan Smith, by and through his, guardian ad litem, Jim Fitzsimmons,<br><br>        Plaintiff,<br><br>   vs.<br><br>United States of America,<br><br>        Defendant. | **ORDER**<br><br><br><br>Case No. 4:06-cv-019 |

On April 10, 2007, the parties filed a Stipulation to Amend the Scheduling/Discovery Plan. The court **ADOPTS** the parties stipulation and **ORDERS** that the Scheduling/Discovery Plan be amended as follows.

1. The Plaintiff shall have until April 30, 2007, to file a response to the government's motion for summary judgment;

2. The parties shall have until December 31, 2007, to complete fact discovery and to file discovery motions;

3. The Plaintiff shall have until July 1, 2007, and the Defendant shall have until August 15, 2007, to identify the subject matter or discipline of expert witnesses to be used at trial;

4. The parties shall have until September 15, 2007, to provide the names of expert witnesses and complete reports under Rule 26(a)(2);

5. The parties shall have until July 1, 2007, to join additional parties;

6. The parties shall have until July 1, 2007, to move to amend pleadings to add claims or defenses;

7. The parties shall have until November 1, 2007, to file other non-dispositive motions.

Dated this 11th day of April, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge